United States District Court
Southern District of Florida

| | |
|---|---|
| United States of America, | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Criminal Case No. 19-20229-CR-Scola |
| | ) |
| Ana Teresa Pimentel, | ) |
| Defendant. | ) |

### Order on Motion for Compassionate Release

Now before the Court is the Defendant Ana Teresa Pimentel's second motion for compassionate release (ECF No. 202) and her amended motion for compassionate release (ECF No. 205). On August 4, 2020, the Court held a hearing on the motions. After considering the written briefing, the arguments of counsel, and the relevant legal authorities, the Court **denies** the motions.

The Court previously denied Ana Teresa Pimentel's motion for compassionate release, in which she claimed that her scoliosis, hypertension, and hyperlipidemia place her at a high risk of contracting a severe case of the coronavirus. (*See* ECF No. 199.) The Court held that these conditions do not constitute extraordinary and compelling reasons for her release after completing only a fraction of her sentence. Now, Pimentel moves again for compassionate release after testing positive for Covid-19.

In emails to her family, she reports having severe symptoms, including "a seriously elevated fever of 103.8 degrees Fahrenheit," an accelerated heart rate of 190, and low oxygen levels at 90. (ECF No. 213 at 5.) The Bureau of Prisons records show that she had a temperature of 102.2 on July 27, 2020, and then she had temperatures of 96.4, 96.6, and 98.6 on the following days. As of August 3, 2020, her oxygen level was 98—which is a normal level. In other words, it appears as though her more severe symptoms have thankfully passed since she initially tested positive two weeks ago (on July 21, 2020), and it does not appear that she requires immediate hospitalization.

Pimentel argues that the Bureau of Prisons is mishandling the response to the pandemic and failing to provide its inmates with adequate medical care. Pimentel points to the recent passing of fellow inmate Saferia Johnson as proof of the BOP's inability to provide adequate medical care. The Court agrees that the spread of the coronavirus is a very serious issue at Coleman Low FCI, as 174 inmates out of a total of 219 inmates and 19 prison staff have tested positive for

the virus.[1] However, it appears as though the prison provided adequate care in the case of Sefaria Johnson. According to the Government at the hearing, the prison staff provided Sefaria Johnson with an inhaler on the first day that she began to experience symptoms. On July 19, 2020, her second day of symptoms, the prison staff timely transported her to the hospital. Johnson was only 36 years old, but she suffered from asthma, diabetes, and hyperlipidemia. Sadly, she passed away from the coronavirus on August 3, 2020, after battling the disease for two weeks in the hospital.

Here, Pimentel is a 48-year-old woman suffering from coronavirus symptoms. She does not argue in her second motion that she has any underlying chronic conditions. She tested positive for the coronavirus on June 21, 2020, and since then, her condition has worsened and then improved. Her most recent vital signs are normal. As of yesterday, her temperature is 98 degrees, and her oxygen level is 98%. Therefore, her condition is not sufficiently acute to warrant her release after serving only 25% of her sentence. Moreover, unlike Sefaria Johnson, she does not have any serious chronic conditions that would make complications from the disease likely, and her age further diminishes that risk. *Cf. United States v. Oreste*, Case No. 14-cr-20349 (S.D. Fla. Apr. 6, 2020) (Scola, J.) (granting compassionate release for the Defendant with end-stage renal failure, heart failure, diabetes, and a history of respiratory illnesses after he completed 60% of his sentence). Finally, the § 3553 factors weigh against her release because she was involved in a major health care fraud of over $3.5 million in which she received over $1,000,000.

Therefore, the Court **denies** her motions for release (**ECF No. 202, 205**).

**Done and ordered** at Miami, Florida, on August 4, 2020.

Robert N. Scola, Jr.
United States District Judge

---

[1] Federal Bureau of Prisons, *Covid-19 Cases*, updated on August 4, 2020 at 11:00 a.m. at https://www.bop.gov/coronavirus/ (showing numbers of inmates testing positive for Covid-19 in each BOP facility)